# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2007

Clifford W. Taylor,
Chief Justice

131903

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JODY MAY and DON EDDY,
Co-Conservators of JOSHUA EDDY,
a minor,

        Plaintiffs-Appellees,

v

                           SC: 131903
                           COA: 266417

TITAN INSURANCE COMPANY,
        Defendant-Appellant.
                           Oakland CC: 2003-049855-NF

_____/

      On order of the Court, the application for leave to appeal the May 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2007                                     _____

p0131                                           Clerk